UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
KEITH POOLER,

        Plaintiff,

        – against –

HEMPSTEAD POLICE DEPT, et al.,

        Defendants.
----------------------------------------X

ORDER
10-CV-482 (JFB)(ARL)

JOSEPH F. BIANCO, District Judge:

By letter dated September 8, 2010, plaintiff requested leave to amend his narrative statement (Docket No. 42). As discussed at the telephone conference held on November 30, 2010, plaintiff's motion to supplement his narrative statement is granted, and the information contained in that motion is deemed to supplement his prior narrative statement. The Court also adopts the Report and Recommendation of Magistrate Judge Lindsay (Docket No. 50) with respect to plaintiff's motion to dismiss his criminal case because there is no legal basis for the Court's intervention in that case at this juncture.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    December 3, 2010
           Central Islip, NY