UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEITH POOLER,

                         Plaintiff,                   **ORDER**

     -against-                                   CV 10-482 (JFB)(ARL)

HEMPSTEAD POLICE DEPARTMENT, et al.,

                         Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       On May 13, 2011, the court received a letter from the *pro se* plaintiff, Keith Pooler, entitled "Motion Request for Discovery Conference." Upon review of the letter, the court determined that a conference was not necessary. Accordingly, the court advised the parties by order dated May 17, 2011 that the plaintiff's application would be treated as a motion to compel. The court also directed the plaintiff to forward a copy of the discovery requests at issue, which were not attached to his motion.

       By letters dated May 17, 2011 and May 18, 2011, the County and Village defendants have responded to the motion to compel and both sets of defendants have advised the court that they were not served with the discovery requests. Accordingly, the plaintiff need not file the requests with the court. Instead, the plaintiff is directed to serve the requests upon the defendants. The motion to compel is denied.

Dated:  Central Islip, New York                    **SO ORDERED:**
          May 19, 2011                                  /s/
                                                        ARLENE R. LINDSAY
                                                        United States Magistrate Judge